

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-22-00621-CV

Donald **LEMPAR**,
Appellant

v.

Patrick **BALLANTYNE**, Cynthia Orr, and Goldstein & Orr, PLLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI05174
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we affirm the trial court's order. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED December 27, 2023.

_____
Patricia O. Alvarez, Justice